

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00340-CV

ERIC DRAKE                                                    APPELLANT

V.

HSBC BANK AND CHASE BANK                              APPELLEES

----------

### FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2013-20534-158

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the parties' "Agreed Motion For Partial Dismissal of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal against appellee HSBC Bank only. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

The case shall hereafter be styled "Eric Drake v. Chase Bank."

---

[1]*See* Tex. R. App. P. 47.4.

The costs incurred by HSBC Bank are taxed against HSBC Bank, for which let execution issue. *See* Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED:  July 24, 2014